```
                                                    FILED
                                                   SEP 0 2 2012
1  BENJAMIN B. WAGNER
   United States Attorney                    CLERK, U.S. DISTRICT COURT
2  KEVIN P. ROONEY                           EASTERN DISTRICT OF CALIFORNIA
   Assistant U.S. Attorney                   BY _____
3  4401 Federal Building                              DEPUTY CLERK
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:08-CR-00347 LJO |
| Plaintiff, | |
| v. | ORDER TO DISMISS<br>(Fed. R. Crim. P. 48(a)) |
| JOSEPH BROWN, | |
| Defendant. | |

This matter having come before the court pursuant to a written order to dismiss the Indictment without prejudice, pursuant to Federal Rule of Criminal Procedure 48(a);

IT IS ORDERED that the indictment be dismissed without prejudice as to this defendant.

DATED: 9-2-11

_____
Lawrence J. O'Neill
Untied State District Court Judge

*USA, Fresno, hand-delivered copy on 9-2-11*