# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 08-0347 LJO |
| Plaintiff, | **ORDER ON MOTIONS FOR 28 U.S.C. § 2255 RELIEF** |
| vs. | (Docs. 111, 112, 113, 115.) |
| JOSEPH BROWN, | |
| Defendant. | |

On January 3 and 5, 2012, defendant Joseph Brown ("defendant") filed several papers which this Court construes to seek relief under 28 U.S.C. 2255 ("section 2255") in connection with his criminal action in the District of Columbia and based on complaints regarding his counsel in that action. This Court further construes defendant's papers to apply to another action which he has filed, *Joseph A. Brown v. Margret Mims*, Case No. CV F 11-1601 MJS (HC).

This Court lacks jurisdiction to address the District of Columbia action in that section 2255(a) requires defendant to bring his 2255 motion before "the court which imposed the sentence." This Court lacks grounds to impose section 2255 relief in this action in that this Court dismissed the indictment to result in no sentence of defendant. As such, this Court DENIES defendant section 2255 relief.

Morever, to the extent defendant seeks relief or assistance in Case No. CV F 11-1601 MJS (HC), defendant is directed to file his papers in that action, not this action.

This Court directs the clerk to term docs. 111, 112, 113 and 115.

IT IS SO ORDERED.

**Dated:   January 9, 2012**            /s/ Lawrence J. O'Neill

1

UNITED STATES DISTRICT JUDGE