# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>   vs.<br>JOSEPH BROWN,<br><br>        Defendant. | CASE NO. CR F 08-0347 LJO<br><br>**ORDER ON REQUESTED RELIEF**<br>(Docs. 119-122.) |

Defendant has unsuccessfully sought relief from this Court and the Ninth Circuit Court of Appeals in connection with this and another criminal action against him. On October 16, 2012, defendant filed papers seeking relief which this Court is unable to grant. As such, this Court DENIES defendant relief requested by his papers filed on October 16, 2012 and directs the clerk to term docs. 119-122.

IT IS SO ORDERED.

**Dated:  October 17, 2012**         /s/ Lawrence J. O'Neill
                                                           UNITED STATES DISTRICT JUDGE

1