# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 08-0347 LJO |
| Plaintiff, | **FINAL ORDER TO DENY EVIDENTIARY HEARING, CLARIFICATION, RECONSIDERATION AND OTHER RELIEF** (Docs. 129-132.) |
| vs. | |
| JOSEPH BROWN, | |
| Defendant. | |
| _____ / | |

This Court has reviewed the record and all papers filed by defendant. The record and papers filed by defendant fail to support relief requested by defendant, including an evidentiary hearing, clarification and reconsideration. *See Crain v. Commissioner*, 737 F.2d 1417, 1417 (5th Cir. 1984) ("We perceive no need to refute these arguments with somber reasoning and copious citation of precedent; to do so might suggest that these arguments have some colorable merit.") Defendant has unsuccessfully sought relief from this Court and the Ninth Circuit Court of Appeals in connection with this and another criminal action against him. On November 8, 2012, defendant again filed frivolous papers seeking relief which this Court is unable to grant. As such, this Court DENIES defendant relief requested by his papers filed on November 8, 2012 and directs the clerk to term docs. 129-132.

This Court ADMONISHES defendant that it will tolerate no further frivolous filings and will strike and return such documents to defendant.

IT IS SO ORDERED.

Dated: **November 13, 2012**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE