IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 08-0347 LJO |
| Plaintiff, | **ORDER ON MOTION FOR TRIAL TRANSCRIPTS** |
| vs. | (Docs. 137.) |
| JOSEPH BROWN, | |
| Defendant. | |

As a courtesy, the Court Reporter has agreed to provide trial transcripts which defendant requests. The clerk is directed to term doc. 137.

IT IS SO ORDERED.

**Dated:　December 18, 2012**　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE